ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 SEP 10 PM 2: 07

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| WILLIAM LEE MAGLICCO (01)<br>ERICA MICHELE GIBSON (02) | 4-14CR-190-O |

## INDICTMENT

The Grand Jury charges:

### Count One
### Possession of Stolen Mail
### (Violation of 18 U.S.C. § 1708)

On or about March 25, 2014, in the Fort Worth Division of the Northern District of Texas, defendants **William Lee Maglicco** and **Erica Michele Gibson**, aided and abetted by each other, did unlawfully have in their possession the contents of mail matter, that is, one American Express credit card (account number ending in 1006) belonging to H.L. of Southlake, Texas, which had been stolen, taken, abstracted from a mail receptacle, which was an authorized depository for mail matter, knowing said item to have been stolen.

Indictment – Page 1

In violation of 18 U.S.C. §§ 1708 and 2.

A TRUE BILL.

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

WILLIAM LEE MAGLICCO (01)
ERICA MICHELE GIBSON (02)

INDICTMENT

18 U.S.C. §§ 1708 and 2

Possession of Stolen Mail

(1 COUNT)

A true bill rendered:

FORT WORTH       _[signature]_       FOREPERSON

Filed in open court this _10_ day of September, A.D. 2014.

Both defendants on pretrial release

_[signature]_
UNITED STATES MAGISTRATE JUDGE
(Magistrate Court Number: 4:14-MJ-313)